# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACIE KEEFER, ) | |
| ) | |
| Plaintiff ) | **Case No.:** |
| ) | |
| v. ) | |
| ) | **COMPLAINT AND DEMAND FOR** |
| VERDE ENERGY USA, INC., ) | **JURY TRIAL** |
| ) | |
| Defendant ) | |
| _____ ) | |

## COMPLAINT

TRACIE KEEFER ("Plaintiff"), by and through her attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against VERDE ENERGY USA, INC. ("Defendant"):

### INTRODUCTION

1.    Plaintiff's Complaint is based on the Telephone Consumer Protection Act ("TCPA").

### JURISDICTION AND VENUE

2.    Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331.  See Mims v. Arrow Fin. Services, LLC, 132 S. Ct. 740, 747, 181 L. Ed. 2d 881 (2012).

3.    Defendant conducts business in the Commonwealth of Pennsylvania and as such, personal jurisdiction is established.

1

4.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

5.      Plaintiff is a natural person residing in Pine Grove, Pennsylvania 17963.

6.      Plaintiff is a "person" as that term is defined by 47 U.S.C. § 153(39).

7.      Defendant is a corporation that has its office located in Norwalk, Connecticut 06851.

8.      Defendant is a "person" as that term is defined by 47 U.S.C. §153(39).

9.      Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10.     Plaintiff has a cellular telephone number that she has had for more than one year.

11.     Plaintiff has only used this number as a cellular telephone number.

12.     The phone number has been assigned to a cellular telephone service for which Plaintiff incurs a charge for incoming calls.

13.     Plaintiff never provided permission to Defendant to call her cellular telephone number or to contact her regarding any goods or services offered by

2

Defendant.

14.    Beginning in September 2014, and continuing through October 2014, Defendant called Plaintiff on her cellular telephone.

15.    When contacting Plaintiff on her cellular telephone, Defendant used an automatic telephone dialing system and automatic and/or pre-recorded messages.

16.    Defendant's messages would state its name and that its call was "for marketing purposes."

17.    Defendant's telephone calls were not made for "emergency purposes."

18.    For example, Defendant called Plaintiff on: October 1, 2014; October 2, 2014 (3 times); October 3, 2014; and October 4, 2014.

## DEFENDANT VIOLATED THE
## TELEPHONE CONSUMER PROTECTION ACT

19.    Plaintiff incorporates the forgoing paragraphs as though the same were set forth at length herein.

20.    Defendant initiated multiple automated telephone calls to Plaintiff's cellular telephone using a prerecorded voice.

21.    Defendant initiated these automated calls to Plaintiff using an automatic telephone dialing system.

22.    Defendant's calls to Plaintiff were not made for emergency purposes.

3

23.   Defendant's calls to Plaintiff, in and after September 2014, were not made with Plaintiff's prior express consent.

24.   Defendant's acts as described above were done with malicious, intentional, willful, reckless, wanton and negligent disregard for Plaintiff's rights under the law and with the purpose of harassing Plaintiff.

25.   The acts and/or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively and fraudulently and absent bona fide error, lawful right, legal defense, legal justification or legal excuse.

26.   As a result of the above violations of the TCPA, Plaintiff has suffered the losses and damages as set forth above entitling Plaintiff to an award of statutory, actual and trebles damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, TRACIE KEEFER, respectfully prays for a judgment as follows:

a.   All actual damages suffered pursuant to 47 U.S.C. § 227(b)(3)(A);

b.   Statutory damages of $500.00 per violative telephone call pursuant to 47 U.S.C. § 227(b)(3)(B);

4

c.     Treble damages of $1,500 per violative telephone call pursuant

to 47 U.S.C. §227(b)(3);

d.     Injunctive relief pursuant to 47 U.S.C. § 227(b)(3);

e.     Any other relief deemed appropriate by this Honorable Court.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, TRACIE KEEFER, demands a jury

trial in this case.

RESPECTFULLY SUBMITTED,

DATED: November 17, 2014          KIMMEL & SILVERMAN, P.C.

By: _/s/ Craig Thor Kimmel_____
    Craig Thor Kimmel
    Attorney ID # 57100
    Kimmel & Silverman, P.C.
    30 E. Butler Pike
    Ambler, PA 19002
    Phone: (215) 540-8888
    Fax: (877) 788-2864
    Email: kimmel@creditlaw.com

PLAINTIFF'S COMPLAINT