# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACIE KEEFER,<br>    Plaintiff | CIVIL ACTION NO. 3:14-CV-2201 |
| v. | (Judge Nealon) |
| VERDE ENERGY USA, INC.,<br>    Defendant | |

FILED
SCRANTON

APR 2 8 2015

PER _____
         DEPUTY CLERK

### ORDER

**AND NOW, THIS 28TH DAY OF APRIL, 2015**, upon receipt of the Notice of Acceptance of Defendant's Federal Rule of Civil Procedure 68 Offer of Judgment to Plaintiff, (Doc. 10), indicating that the parties have reached a settlement agreement in this matter, **IT IS HEREBY ORDERED THAT** the action is **DISMISSED** without prejudice to the right, upon good cause show, within ninety (90) days, to reinstate the action if the settlement is not consummated.

_____
**United States District Judge**